IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SUNFLOWER BANK, N.A., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO.5:16-CV-00266-RCL |
| GREGORY D. OWENS, ROBYN OWENS, and DULCIE ANN OWENS, | § § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## REPORT OF SETTLEMENT

Now comes Plaintiff Sunflower Bank, N.A., and reports that all matters in this case have been settled as between all parties, except that Sunflower Bank is not releasing Gregory D. Owens from claims and liens related to the two unpaid judgments against him.

The parties will submit motions and proposed orders of dismissal within the next 30 days.

Respectfully submitted,

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile
ben@binghamandlea.com

By: *Benjamin R. Bingham*
     BENJAMIN R. BINGHAM
     State Bar No. 02322350

COUNSEL FOR PLAINTIFF,
SUNFLOWER BANK, N.A.

## CERTIFICATE OF SERVICE

    I certify by my signature below that on July 27, 2017, a true and correct copy of the above and foregoing was served via the Court's CM/ECF Noticing system on all counsel of record in this case.

                                                          */s/ Benjamin R. Bingham*
                                                          BENJAMIN R. BINGHAM